IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSE
AT KNOXVILLE

| | |
|---|---|
| LINDA ANN HARRIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE TJX COMPANIES, INC. )<br>d/b/a T.J. MAXX, )<br>)<br>Defendant. ) | Case No: 3:20-CV-00272-TAV-HBG |

## CERTIFICATE OF CORPORATE INTEREST

COMES now the defendant, The TJX Companies, Inc. d/b/a T.J. Maxx, pursuant to Rule 7.01 of the *Federal Rules of Civil Procedure*, and hereby states that it is a publicly held corporation with no parent corporation, and that there are no public politically held corporations that own (10%) or more of its stock.

Respectfully submitted,

**LUTHER - ANDERSON, PLLP**

BY: */s/ Alaric A. Henry*
ALARIC A. HENRY, BPR# 14885
ALAN C. BLOUNT, BPR# .35048
*Attorneys for Defendants*
One Union Square, Suite 700
100 W. Martin Luther King Blvd.
Chattanooga, Tennessee 37402
(423) 756-5034
(423) 265-9903 (fax)
aah@lutheranderson.com
acb@lutheranderson.com

CERTIFICATE OF SERVICE

  I hereby certify that on July 8, 2020, a copy of the foregoing Certificate was filed electronically. Notice of this filing will be sent by operating of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Clerk's electronic filing system.

           LUTHER - ANDERSON, PLLP


          BY: */s/ Alaric A. Henry*